

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Acme Energy Services, Inc. d/b/a Big Dog Drilling, | § | No. 08-17-00145-CV |
| | § | Appeal from the |
| Appellant, | § | 109th District Court |
| v. | § | of Winkler County, Texas |
| Sandra H. Staley, Individually as Independent Executrix of the Estate of George G. Staley, Deceased, and as Trustee of the Tax Free Trust for Sandra H. Staley, | § | (TC# 15,681-B) |
| | § | |
| | § | |
| Appellees. | § | |

**O R D E R**

The Court GRANTS the District Clerk's request for an extension of time within which to file the Clerk's Record until **December 20, 2017.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE CLERK'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Sherry Terry, District Clerk, for Winkler County, Texas prepare the Clerk's Record, and forward the same to this Court on or before **December 20, 2017.**

IT IS SO ORDERED this 20th day of November, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.